IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 SEP -6  A 11: 08

P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| PATRICIA A. WATSON, | } |
| Plaintiff, | } |
| v. | } |
| COTTON STATES MUTUAL INSURANCE COMPANY; SHAW AGENCY; and Fictitious Defendants "A", "B", and "C", whether singular or plural, or those other persons, firms, corporations, or entities whose wrongful conduct caused or contributed to cause the injuries and damages to Plaintiff; all of whose true and correct names are Unknown to Plaintiff at this time, but will be Substituted by amendment when ascertained, | } CASE NO. 2:06 CV804-ID |
| Defendants. | } |

## NOTICE OF CONSENT TO REMOVAL

COMES NOW Defendant, The Shaw Agency, by and through its undersigned attorney of record, and hereby files this notice of consent to removal and expressly consents to the removal of this action styled, *"Patricia A. Watson v. Cotton States Mutual Insurance Company; Shaw Agency; and Fictitious Defendants "A", "B" and "C"*, in the Circuit Court of Montgomery County, Alabama, Case Number 2006-1987, from the Circuit Court of Montgomery County, Alabama to the United States District Court for the Middle District of Alabama. By filing this Notice of Consent to Removal, Defendant Shaw Agency does not submit itself to the personal jurisdiction of this Court or of any other Court sitting in the State of Alabama. Defendant Shaw Agency hereby reserves all rights and defenses, including without limitation, all defenses set forth in Rule 12(b) of the Federal Rules of Civil Procedure with respect to personal jurisdiction, sufficiency of process and service of process. The Shaw Agency further reasserts and adopts by

reference all grounds for dismissal contained in and set forth in its motion to dismiss and motion to quash service of process filed contemporaneously herewith.

Dated this 1st day of September, 2006.

_____
Wm. Dudley Motlow, Jr. (MOT001)
Attorney for Defendant, Shaw Agency

OF COUNSEL:

PORTERFIELD, HARPER, MILLS & MOTLOW, P.A.
22 Inverness Center Parkway, Suite 600
Birmingham, AL 35242
(205) 980-5000
(205) 980-5001 (Fax)
wdm@phm-law.com

## CERTIFICATE OF SERVICE

I hereby certify the foregoing pleading was provided to all counsel of record via U.S. Mail, postage prepaid, this ___ day of September, 2006.

Robert Lester Pittman, Esq.
Randall B. James, Esq.
JAMES & PITTMAN, P.C.
P.O. Box 4266
Montgomery, AL 36103-4266
(334) 262-0500
(334) 262-0548 (Fax)

Jannea S. Rogers, Esq.
William J. Kelly, III, Esq.
Adams and Reese, LLP.
One St. Louis Street, Suite 4500
Mobile, AL 36602
(251) 433-3234
(251) 438-7733 (Fax)

_____
COUNSEL