IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 SEP -6  A 11: 08

| | |
|---|---|
| PATRICIA A. WATSON, | } |
| Plaintiff, | } |
| v. | } |
| COTTON STATES MUTUAL INSURANCE COMPANY; SHAW AGENCY; and Fictitious Defendants "A", "B", and "C", whether singular or plural, or those other persons, firms, corporations, or entities whose wrongful conduct caused or contributed to cause the injuries and damages to Plaintiff; all of whose true and correct names are Unknown to Plaintiff at this time, but will be Substituted by amendment when ascertained, | } CASE NO. 2:06CV804 -ID |
| Defendants. | } |

## JOINDER IN NOTICE OF REMOVAL

Defendant The Shaw Agency hereby joins and consents to Defendant Cotton States Mutual Insurance Company's removal of this case from the Circuit Court of Montgomery County, Alabama, to the United States District Court for the Middle District of Alabama.

_____
Wm. Dudley Motlow, Jr. (MOT001)
Attorney for Defendant, Shaw Agency

OF COUNSEL:

PORTERFIELD, HARPER, MILLS & MOTLOW, P.A.
22 Inverness Center Parkway, Suite 600
Birmingham, AL 35242
(205) 980-5000
(205) 980-5001 (Fax)
wdm@phm-law.com

## CERTIFICATE OF SERVICE

  I hereby certify the foregoing pleading was provided to all counsel of record via U.S. Mail, postage prepaid, this ___1st___ day of September, 2006.

Robert Lester Pittman, Esq.
Randall B. James, Esq.
JAMES & PITTMAN, P.C.
P.O. Box 4266
Montgomery, AL 36103-4266
(334) 262-0500
(334) 262-0548 (Fax)

Jannea S. Rogers, Esq.
William J. Kelly, III, Esq.
Adams and Reese, LLP.
One St. Louis Street, Suite 4500
Mobile, AL 36602
(251) 433-3234
(251) 438-7733 (Fax)

/COUNSEL