IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 SEP 26  P 12:42

| | |
|---|---|
| PATRICIA A. WATSON | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-CV-804-ID-CSC |
| COTTON STATES MUTUAL INSURANCE COMPANY; et al., | ) |
| Defendants. | ) |

## RENEWED MOTION TO REMAND

Comes now the Plaintiff, Patricia A. Watson, and hereby files her Renewed Motion to Remand this case back to the Circuit Court of Montgomery County, Alabama, and would show unto the Court the following:

1. That this is an action for breach of contract and bad faith filed in the Circuit Court of Montgomery County, Alabama, styled Patricia A. Watson v. Cotton States Mutual Insurance Company et al., case number CV-06-1987. Said complaint was based upon the alleged breach of contract and bad faith on the part of Defendants arising out of the investigation and handling of Plaintiff's hail damage claim.

2. That the amount in controversy *at the time of removal* was less than $75,000.00, which is the jurisdictional limit of this Court pursuant to 28 U.S.C. § 1332. (Plaintiff's Affidavit; Exhibit "A").

3. The Defendant has the burden to prove "by a preponderance of the evidence" that the amount in controversy more likely than not exceeds the $75,000.00 jurisdictional limit.

See *Tapscott v. M.S. Dealer Service Corp.*, 77 F.3d 1353, 1359-60 (11th Cir.1996).

4. Defendants have failed to provide sufficient evidence that federal jurisdiction exists in this action.

WHEREFORE, Plaintiff respectfully requests that this Court remand this action back to the Circuit Court of Montgomery County, Alabama.

*Robert J. Pittman*
ROBERT LESTER PITTMAN (PIT024)
Attorney for Plaintiff

OF COUNSEL
James & Pittman, P.C.
P.O. Box 4266
Montgomery, AL 36103-4266
(334) 262-0500
(334) 262-0548 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was provided to all counsel of record via U.S. Mail, postage prepaid, this 26 day of September, 2006.

Jannea S. Rogers
William J. Kelly, III
One St. Louis Street, Suite 4500
Mobile, AL 36602

*Robert J. Pittman*
OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICIA A. WATSON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-804-ID |
| | ) |
| COTTON STATES MUTUAL | ) |
| INSURANCE COMPANY; et al., | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT OF PLAINTIFF

Before me, the undersigned, a Notary Public in and for the State of Alabama at Large, personally appeared Patricia A. Watson, who is known to me and who being by me first duly sworn, on oath, deposes and says as follows:

"My name is Patricia A. Watson and I am the Plaintiff in the above-styled case and am competent to testify. I make this affidavit based on personal knowledge.

Although my Complaint does not list a specific damage request, I do not intend to seek damages in excess of $74,999.00 and further, *at the time of removal*, I did not intend to seek more than $74,999.00 in damages. I irrevocably agree that the amount of damages claimed by me in this action is and will forever be no more than $74,999.00, exclusive of interest and costs. I will under no circumstances accept a judgment or settlement in this case in excess of $74,999.00. I agree and understand that this agreement is binding upon me and my heirs and cannot be rescinded or revoked under any circumstances regardless of any development which may occur during the investigation, discovery, or trial of this action."



PLAINTIFF'S EXHIBIT
A

_Patricia A. Watson_ (signature)
Patricia A. Watson

STATE OF ALABAMA
MONTGOMERY COUNTY

SWORN to and SUBSCRIBED before me on this the 26 day of September, 2006.

_Randall B. James_ (signature)
NOTARY PUBLIC
My Commission Expires: 9/23/07