**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Circuit Court of Montgomery County
   100 South Lawrence Street
   Montgomery, AL 36104

2. Article Number (Transfer from service label)

   7005 1820 0002 3461 6944

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature] ☒ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 9-29-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:06CV804 order #7

☐ Express Mail
☐ Return Receipt for Merchandise
☐ Registered
☐ C.O.D.
☐ Insured Mail

4. Restricted Delivery? (Extra Fee) ☐ Yes

Domestic Return Receipt

102595-02-M-1540